## 11863.  RENDER *v.* HARRIS.

JENKINS, P. J., This court, in *Render* v. *Harris*, 25 *Ga. App.* 302 (103 S. E. 179), determined the law of this case by holding that the court did not err in overruling the demurrer to the petition as amended. The evidence is in substantial accord with the allegations made by the petition, and the judgment overruling the defendant's motion for new trial is

*Affirmed. Stephens and Hill, JJ., concur.*

DECIDED MAY 2, 1921.

Action on contract; from city court of LaGrange — Judge Duke Davis. September 24, 1920.

*E. T. Moon,* for plaintiff in error.

*L. B. Wyatt,* contra.